**United States District Court**
For the Northern District of California

*E-Filed 8/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY HUNT, | No. C 12-4700 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RON N. DEL POZZO, et al., | |
| Defendants. | |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 6, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-4700 RS (PR)
ORDER OF DISMISSAL